## ALBRIGHT, (VOORHEES v.)

[See Voorhees v. Albright, Case No. 16,999.]

ALBRO, The EDWARD.

[See The Edward Albro, Case No. 4,290.]

## Case No. 148.

### The ALBUS.[1]

[MS.]

District Court, S. D. Florida. April 1, 1856.

SALVAGE—ANCHOR SERVICE—GETTING SHIP OFF SHOAL—AMOUNT OF AWARD.

[1. Where a salvor employs two other vessels to assist in getting a ship off a shoal by carrying out anchors, when their help is not in fact necessary, the award should not be greater than it would be if one vessel had rendered the whole service.]

[2. Where a ship worth $20,000 is aground in a perilous position, and employs a schooner to carry out her anchors, and by that means gets safely off, an award of $2,500 to the salvors is suitable.]

[In admiralty. Libel in rem by Simeon Shaw and others against the ship Albus and cargo for salvage. Decree for libelants.]

Winer Bethel, for libellants.
W. W. McCall, for respondent.

MARVIN, District Judge. This ship, laden with ice, bound to New Orleans, ran ashore upon the American shoal. At 8 o'clock in the morning the schooner Florida arrived at the ship, and was employed by the master to aid in getting her off. The ship was among shoals, touching slightly, but did not need lightening. She needed an anchor, or perhaps two carried out. The Florida dropped her anchor of about one thousand pounds' weight, and ran her chain and hawser to the ship. The Florida failing to get the ship off by twelve o'clock, and it being high water, the Texas and Jane Eliza were also employed. The Texas dropped her heavy anchor, and by the use of the two anchors the ship was heaved off by about three o'clock. The service rendered was purely anchor service, but highly valuable and meritorious. It is doubtful whether the master, in this case, could have run out his anchors, and saved his vessel. But although the employment of the Texas and Jane Eliza was, under the circumstances, very proper, yet still, I think, had the master of the Florida made his plans a little better, that probably he could have extricated the ship without the assistance of the other vessels. Although there is some doubt, yet I think one vessel was enough for the service. The ship was in considerable peril. She may be valued at $20,000. Twenty-five hundred dollars is a suitable compensation.

It is therefore ordered, adjudged, and decreed, that the libellants receive and recover in full compensation for their services the sum of twenty-five hundred dollars and their costs and expenses of this suit, the proctor's fee for defending the said ship and cargo and

other charges; and that the marshal restore said ship to the master for and on account of whom it may concern.